LUCILLE FORANOCE, Appellant-Respondent, v. AMERICO J. FORANOCE, Respondent-Appellant.— Order, so far as appealed from, unanimously modified by increasing the temporary alimony to the sum of $25 a week and as so modified affirmed, with $20 costs and disbursements to the plaintiff. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of 168 EAST 74 STREET CORPORATION, Respondent. WILLIAM GREENWALD, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THERESA BEHRENS, Appellant, v. SOLOMON B. BEHRENS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

WARNER & BIRDSALL, Respondents, v. LOUIS CANEVA et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

WARNER & BIRDSALL, Respondents, v. CENTRAL CEMENT FINISHING COMPANY, INCORPORATED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

DORIS SALZBERG, Respondent, v. MURRAY M. SALZBERG, Appellant.— Order unanimously modified by reducing the temporary alimony to the sum of $200 a week and the counsel fee to the sum of $3,000, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of ALFRED LAWRENCE, Respondent, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [191 Misc. 88.]

SAMUEL KLEPNER, Respondent, v. HOTEL NEWTON CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

ELDIVA B. LOWSLEY, Respondent, v. OSWALD S. LOWSLEY, Appellant.— Order, so far as appealed from, unanimously modified by reducing the temporary alimony to the amount of $1,200 a month and as so modified affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

EUGENE T. SINGER v. YOKOHAMA SPECIE BANK, LTD., and ELLIOTT V. BELL, Superintendent of Banks of the State of New York, as Liquidator of the Business and Property in the State of New York of YOKOHAMA SPECIE BANK, LTD.— Motion for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 273 App. Div. 996.]

EUGENE T. SINGER v. YOKOHAMA SPECIE BANK, LTD., and ELLIOTT V. BELL, Superintendent of Banks of the State of New York, as Liquidator of the Business and Property in the State of New York of YOKOHAMA SPECIE BANK, LTD.— Motion for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 273 App. Div. 996.]